UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-Cr-60131-Smith/Valle

21 U.S.C. § 846
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

RUBEN DOMINGUEZ ESTRADA,
JOSE RICARDO RAMIREZ ROMERO,
JHONNY ARNALDO MOSCOZO GUERRA,
RAFAEL JAAN MARTINEZ,
DAVID GUERRERO HERNANDEZ, and
JUAN CARLOS GARCIA,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

From on or about June 24, 2021, and continuing through on or about July 27, 2021, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

**JOSE RICARDO RAMIREZ ROMERO,
JHONNY ARNALDO MOSCOZO GUERRA, and
DAVID GUERRERO HERNANDEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to **JOSE RICARDO RAMIREZ ROMERO, JHONNY ARNALDO MOSCOZO GUERRA, and DAVID GUERRERO HERNANDEZ,** the amount involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, is fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

From on or about October 15, 2021, and continuing through on or about November 30, 2021, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

**RUBEN DOMINGUEZ ESTRADA,
JOSE RICARDO RAMIREZ ROMERO,
RAFAEL JAAN MARTINEZ, and
JUAN CARLOS GARCIA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to **RUBEN DOMINGUEZ ESTRADA, JOSE RICARDO RAMIREZ ROMERO, RAFAEL JAAN MARTINEZ, and JUAN CARLOS GARCIA,** the amount involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, is fifty (50) grams or more

of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **RUBEN DOMINGUEZ ESTRADA, JOSE RICARDO RAMIREZ ROMERO, JHONNY ARNALDO MOSCOZO GUERRA, RAFAEL JAAN MARTINEZ, DAVID GUERRERO HERNANDEZ, and JUAN CARLOS GARCIA,** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 846, as alleged in this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO.: _____ |
|---|---|

v.

Ruben Dominguez Estrada, et al.,

_____ /
**Defendants.**

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☑ FTL
- ☐ WPB

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect: **SPANISH**

4. This case will take **5** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
JAMES M. USTYNOSKI
Assistant United States Attorney
Court ID No.      A5502615

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: Ruben Dominguez Estrada

**Case No**: _____

Count #: 2

Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine

in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)

* **Max. Term of Imprisonment: Life imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' imprisonment**
* **Max. Supervised Release: Minimum 5 years' to Life supervised release**
* **Max. Fine: $10,000,000 fine**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Jose Ricardo Ramirez Romero

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine

in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)
* **Max. Term of Imprisonment: Life imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' imprisonment**
* **Max. Supervised Release: Minimum 5 years' to Life supervised release**
* **Max. Fine:  $10,000,000 fine**

Count #: 2

Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine

in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)
* **Max. Term of Imprisonment: Life imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' imprisonment**
* **Max. Supervised Release: Minimum 5 years' to Life supervised release**
* **Max. Fine:  $10,000,000 fine**

Count #:

_____

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Jhonny Arnaldo Moscozo Guerra

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine

 in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)

* **Max. Term of Imprisonment: Life imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' imprisonment**
* **Max. Supervised Release: Minimum 5 years' to Life supervised release**
* **Max. Fine:  $10,000,000 fine**

Count #:



* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:



* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Rafael Jaan Martinez

**Case No**: _____

Count #: 2

Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine

in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)

* **Max. Term of Imprisonment: Life imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' imprisonment**
* **Max. Supervised Release: Minimum 5 years' to Life supervised release**
* **Max. Fine: $10,000,000 fine**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: David Guerrero Hernandez

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine

in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)

* Max. Term of Imprisonment: Life imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): 10 years' imprisonment
* Max. Supervised Release: Minimum 5 years' to Life supervised release
* Max. Fine: $10,000,000 fine

Count #:



* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

Count #:



* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Juan Carlos Garcia

**Case No**: _____

Count #: 2

Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine

 in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)
* **Max. Term of Imprisonment: Life imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years' imprisonment**
* **Max. Supervised Release: Minimum 5 years' to Life supervised release**
* **Max. Fine:  $10,000,000 fine**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**