## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-cr-60131-SMITH

**UNITED STATES OF AMERICA**

**v.**

**RUBEN DOMINGUEZ ESTRADA,**

               Defendant.

_____/

### STATEMENT OF FACTS

Had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts:

On October 15, 2021, a law enforcement confidential human source ("CHS-2") had a consensual recorded phone call with Jose Ricardo Ramirez Romero ("RAMIREZ"). RAMIREZ contacted CHS-2 and offered to front 20 kilograms of crystal methamphetamine to CHS-2 at $7,000 a kilogram. RAMIREZ advised CHS-2 that CHS-2 would have one week to fully pay for the 20 kilograms. RAMIREZ stated they may want to start with ten kilograms first. RAMIREZ advised CHS-2 to find a house that the crystal methamphetamine can be delivered to.

On October 18th, 2021, CHS-2 had a consensual recorded phone call with RAMIREZ. RAMIREZ reiterated that he wanted CHS-2 to find a house that the crystal methamphetamine could be delivered to. Once the crystal methamphetamine arrived, RAMIREZ would send his representative (hereinafter "COURIER") to stay for a couple of days to make sure everything was fine during the first transaction. For subsequent transactions, RAMIREZ would only send a COURIER to collect the money. On October 21, 2021, CHS-2 had a consensual recorded phone

call with RAMIREZ. RAMIREZ said the crystal methamphetamine will be sent directly to his COURIER. When they receive the crystal methamphetamine, it would go to a body shop where they would secrete the crystal methamphetamine into a hidden compartment inside of a vehicle. RAMIREZ said it takes about a week. RAMIREZ said he will send his COURIER's contact information to CHS-2. RAMIREZ said his COURIER is reliable. RAMIREZ said the vehicle was already at the dealer and he just needed the green light from CHS-2 for them to deliver. RAMIREZ said the vehicle may arrive on a trailer.

On October 24, 2021, CHS-2 had a consensual recorded phone call with RAMIREZ. CHS-2 advised RAMIREZ that CHS-2 had access to a mechanic shop that can be used to receive the crystal methamphetamine that RAMIREZ would be sending. RAMIREZ stated he would consult with his representative on the use of the mechanic shop. RAMIREZ stated that if the crystal methamphetamine is sent disarmed (presumably unpackaged), the price would be cheaper at $6,500 per kilogram. RAMIREZ confirmed that he will be sending 20 kilograms. On October 25, 2021, CHS-2 had a consensual recorded phone call with RAMIREZ. RAMIREZ stated he would send 10 kilograms of crystal methamphetamine the following day, which will take 2-3 days to arrive on a trailer. RAMIREZ said the "Arab" will get the kilos of crystal methamphetamine and deliver them. RAMIREZ asked if the crystal methamphetamine would be going to Lehigh Acres, FL. CHS-2 told RAMIREZ that the crystal methamphetamine would be going to Fort Lauderdale. The kilograms would cost $6,500 per kilogram now, and half needed to be paid up front. RAMIREZ confirmed the crystal methamphetamine would be arriving on a trailer.

On November 5, 2021, CHS-2 had a consensual recorded phone call with RAMIREZ. RAMIREZ stated his COURIER needed a car when they arrived. RAMIREZ stated the crystal methamphetamine would arrive on Tuesday (November 9, 2021). On November 6, 2021, CHS-2 had a consensual recorded phone call with RAMIREZ on 859-213-9040 (hereinafter "CELLULAR

DEVICE 2"). RAMIREZ stated crystal methamphetamine is scarce at the end of the year, and the price has been changed to $7,000 per kilogram again. RAMIREZ stated the crystal methamphetamine will arrive on Tuesday (November 9, 2021). RAMIREZ stated his COURIER will be flying in and would rent a car when they arrive. On November 8, 2021, RAMIREZ using his Mexico telephone number, +52-449-508-7290, communicated with CHS-2 via text and indicated the shipment would be slightly delayed.

On November 9, 2021, CHS-2 had a consensual recorded phone call with RAMIREZ on CELLULAR DEVICE 2. RAMIREZ stated the crystal methamphetamine will arrive this week. CHS-2 expressed concern to RAMIREZ because RAMIREZ kept changing the arrival date of the crystal methamphetamine. RAMIREZ said he will speak to his representative about the delays and call CHS-2 back. Later that evening from a new phone number, 859-492-4562 (hereinafter CELLULAR DEVICE 3), CHS-2 received a text message, "Bro", from RAMIREZ. CHS-2 did not see the message until the following morning. On November 10, 2021, CHS-2 had a consensual recorded phone call with RAMIREZ on CELLULAR DEVICE 3. RAMIREZ told CHS-2 that it (the crystal methamphetamine) is on the way and may arrive Saturday (11-13-2021) or Monday (11-15-2021). In the middle of the recorded conversation RAMIREZ received a phone call and placed CHS-2 on hold. When RAMIREZ returned, RAMIREZ told CHS-2 that it is on the way. Still on November 10, 20201, RAMIREZ forwarded CHS-2 a copy of an audio message from CELLULAR DEVICE 3. The audio message was from an unknown Hispanic male (UHM) stating he held on to them (crystal methamphetamine) because he (presumably RAMIREZ) did not answer, so it was not sent. The UHM stated now he will send them.

On November 14, 2021, CHS-2 had a consensual recorded phone call with RAMIREZ on CELLULAR DEVICE 3. RAMIREZ stated the trailer will arrive Wednesday (11-17-21) with all of them (crystal methamphetamine). CHS-2 stated the customer only has money for three

kilograms. Due to all the delays, the customer had to use the rest of the money to purchase other drugs. CHS-2 told RAMIREZ that after the three kilograms are purchased, it would be a couple days before the customer gets the rest of the money. RAMIREZ said the mechanic will arrive Thursday (11-18-21). RAMIREZ said it will arrive in Pompano Beach. RAMIREZ requested that CHS-2 find an old truck for the mechanic to purchase. RAMIREZ said there was $1,500 available to purchase the old truck. CHS-2 asked RAMIREZ why the COURIER couldn't rent a vehicle. RAMIREZ said the COURIER didn't have a license to rent a car.

On November 17, 2021, RAMIREZ using CELLULAR DEVICE 3 communicated with CHS-2 via text and indicated there was another delay with the shipment until Friday, November 19, 2021. CHS-2 told RAMIREZ that he was starting to "look bad" and being "distrusted" in the eyes of the customer because of the continued delays. On November 18, 2021, RAMIREZ using CELLULAR DEVICE 3 communicated with CHS-2 via text and indicated that RAMIREZ's COURIER ("friend"), who will receive the crystal methamphetamine upon its arrival, will arrive tomorrow November 19, 2021 in Lehigh Acres, FL ("over there") with his brother ("buddy"). In audio messages, RAMIREZ reiterated that his friend was arriving the following day. RAMIREZ inquired about a small hotel. RAMIREZ stated there was another delay with the crystal methamphetamine that was expected to arrive on November 19, 2021. RAMIREZ said it is now scheduled to arrive on Monday, November 22, 2021, with the narcotics transaction being conducted on November 23, 2021.

On November 19, 2021, from approximately 11:12 a.m. to 12:39 p.m., RAMIREZ using CELLULAR DEVICE 3 communicated with CHS-2 and the CHS-2 told RAMIREZ the customer ("my friend") was "angry" at CHS-2 because CHS-2 has lied several times about the arrival date of the crystal methamphetamine. CHS-2 told RAMIREZ the customer may no longer want to conduct the narcotics transaction ("work") due to the delays. In an attempt to transparent,

RAMIREZ then forwarded CHS-2 a screenshot of a UPS/TForce Freight tracking number (for the methamphetamine) that displayed a Wednesday, November 24, 2021 arrival. On November 22, 2021, FBI agents coordinated with TForce Freight in Pompano to interdict the parcel. TForce Freight stated the package was delayed and will not arrive on November 24, 2021 as the tracking indicated. TForce Freight advised the parcel will likely arrive Monday November 29, 2021.

Also on November 22, 2021, FBI agents were contacted by DEA San Diego regarding overlap with their investigation of this DTO. DEA San Diego stated there were multiple seizures of multiple kilograms of methamphetamine secreted in marble table-tops and x-ray equipment that were all being sent from a UPS store located at 2364 Paseo De Las Americas, San Diego, California, 92154. The methamphetamine was being shipped domestically, as well as internationally including Australia and Japan. DEA San Diego approached the UPS store owner and the owner agreed to cooperate and assist law enforcement agents in their investigation. The UPS store owner identified Ruben Dominguez Estrada ("DOMINGUEZ") as the shipper of the parcels. The store owner stated he only met DOMINGUEZ once because DOMINGUEZ typically used couriers to deliver his large freight shipments to the store. The store owner stated DOMINGUEZ stayed in constant contact with him through WhatsApp because DOMINGUEZ was very persistent about receiving updates as to the shipping status of his parcels. The UPS store owner agreed to maintain and turn over his communications with DOMINGUEZ to law enforcement agents.

On November 9, 2021, from approximately 9:22 a.m. to 10:37 a.m., DOMINGUEZ using telephone number (623) 262-5406 communicated with the UPS store owner and negotiated the price of shipping table-tops. On November 10, 2021, the UPS store owner contacted DEA San Diego and informed them that a courier for DOMINGUEZ dropped off two table-tops for shipment to Fort Lauderdale, FL. The shipment was being held at the UPS store for a third tabletop and

completion of payment for the shipment. Agents conducted surveillance on November 11, 2021, as well as a K9 sniff of the two table-tops at the UPS store. Both tables alerted for the odor of narcotics. On November 12, 2021, the courier returned to the UPS store and dropped off the third table-top for the shipment. The shipment remained at the UPS store awaiting payment.

On November 16, 2021, at approximately 4:54 p.m., DOMINGUEZ using telephone number (623) 262-5406 communicated with the UPS store owner and discussed payment. On November 17, 2021, from approximately 6:47 p.m. to 6:57 p.m., DOMINGUEZ using telephone number (623) 262-5406 communicated with the UPS store owner and showed proof of payment. Immediately after these communications on November 17, 2021, at approx. 7:00 p.m. the UPS store owner contacted law enforcement agents and stated DOMINGUEZ had provided payment, and the shipment had been picked up by TForce Freight. The store owner provided a copy of the bill for the shipment that included the following: Tracking number: 211112150415; Address: Rafael Jaan MARTINEZ, 1801 Blount Road Pompano Beach, FL 33316; Phone: (623) 233*9876. After receiving the above-described intel from DEA San Diego, as well as what was already known from the investigation with CHS-2, FBI Miami applied for and obtained a federal search warrant for the parcel on November 23, 2021.

On November 24, 2021, RAMIREZ told CHS-2 that the facility where the parcel was going to arrive was closed tomorrow (Thanksgiving Day). RAMIREZ asked CHS-2 to give $300 to his COURIER, who was staying in a hotel. RAMIREZ then told CHS-2 about cocaine available in CHS-2's city. RAMIREZ then sent CHS-2 the phone number (859-382-2692) of the COURIER and the address of the hotel, 1320 Business Way, Lehigh Acres, FL. On November 25, 2021, CHS-2 met with RAMIREZ's COURIER at the hotel and paid him $100. The interaction and communication were consensually recorded. The COURIER was later identified as Juan Carlos Garcia ("GARCIA").

6

On November 29, 2021, FBI agents interdicted the parcel at TForce Freight in Pompano, Florida and executed the federal search warrant. FBI agents discovered the parcel contained three boxes. Each box contained a dining table with a quartz style tabletop. FBI agents chiseled the tabletops and located approximately 11 kilograms of methamphetamine concealed within each tabletop. As a result of the interdiction and search warrant, 33 kilograms of methamphetamine were seized. DEA lab results indicated the methamphetamine was approximately 96% pure. On this date RAMIREZ also asked CHS-2 to rent a truck for his COURIERS. CHS-2 ultimately agreed to pick up the COURIERS the next day in his/her truck and drive them to pick up the parcel.

On November 30, 2021, FBI agents conducted post-seizure surveillance on CHS-2 and the two couriers who attempted to retrieve the tables from TForce Freight. On the morning of the operation, the couriers provided CHS-2 their location at La Quinta, 4850 S Cleveland Ave, Fort Myers, FL 33907 for CHS-2 to pick them up in the truck. When CHS-2 arrived, the couriers advised CHS-2 they will drive separately in a red Honda Civic KY tag BKF-897, and CHS-2 should follow them in the truck. An ID traffic stop was conducted on the Honda. The driver was identified as GARCIA, who was from Kentucky. The front passenger was identified as Rafael Jaan Martinez ("MARTINEZ"), who was from Arizona.

After being released from the traffic stop, GARCIA and MARTINEZ arrived at a Home Depot and advised CHS-2 to meet them there. When CHS-2 arrived, MARTINEZ took CHS-2's truck and proceeded to TForce Freight Pompano. CHS-2 remained at Home Deport inside the Honda with GARCIA. CHS-2 consensually recorded GARCIA while they were waiting. GARCIA was pointing out surveillance vehicles to CHS-2, who was relaying the information to Agents.

MARTINEZ arrived at TForce Freight Pompano and attempted to retrieve the parcel. After MARTINEZ was notified the parcel was not available, toll records indicate he began

calling DOMINGUEZ multiple times at multiple phone numbers. MARTINEZ also called a Mexico phone number believed to be the source of supply. GARCIA's phone tolls show he called MARTINEZ and RAMIREZ during the surveillance operation as well. MARTINEZ returned to Home Depot and departed with CHS-2 back to Fort Myers, while GARCIA departed in the Honda by himself, due to his belief the Honda was being followed by law enforcement. CHS-2 consensually recorded MARTINEZ during the three-hour drive back to Fort Myers from Pompano. During the drive back, MARTINEZ discussed a DEA seizure in San Francisco, how much he was getting paid, and MARTINEZ being in direct contact with the big boss unbeknownst to his direct boss.

On December 2, 2021, DOMINGUEZ sent the UPS store owner a WhatsApp audio message requesting he send DOMINGUEZ an audio message in English explaining the status of the Florida parcel. On December 3, 2021, the UPS store owner sent DOMINGUEZ a WhatsApp message stating TForce told the store owner it was a shipping error due to the volume of holiday shipments.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: _11/21/2022_   By: _____
JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

Date: _11/18/22_   By: _____
MAURICIO L. ALDAZABAL
COUNSEL FOR DEFENDANT

Date: _11/21/22_   By: _____

RUBEN DOMINGUEZ ESTRADA
DEFENDANT